IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ALLEN SMITH, :
:
    Petitioner :
:
v. : CIVIL NO. 4:CV-14-631
:
JOHN WETZEL, : (Judge Brann)
:
    Respondent :

# **ORDER**

June 11, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

    1.    Smith's habeas corpus petition is **DENIED.**

    2.    The Clerk of Court is directed to **CLOSE** this case.

    3.    Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

        BY THE COURT:

          s/   Matthew W. Brann
        Matthew W. Brann
        United States District Judge